COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | § | No. 08-20-00021-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court at Law No. 4 |
| RODOLFO MORALES, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20180C06554) |
| | § | |

## O R D E R

Pending before the Court is the State's Motion for a Stay of Trial Court Proceedings in a case styled *The State of Texas v. Rodolfo Morales*, Cause No. 20180C06554, which is currently pending in the County Criminal Court at Law No. 4 of El Paso County, Texas, and is set for jury trial on Monday, January 27, 2020. The State has filed a notice of appeal from a trial court ruling that granted a motion to suppress. This order is appealable and the State is statutorily entitled to a stay of the trial court proceedings pending disposition of the appeal. *See* TEX.CODE CRIM.PROC.ANN. art. 44.01(a)(5), (e).

Accordingly, the State's motion for a stay is GRANTED. The trial court is directed to stay all proceedings in *The State of Texas v. Rodolfo Morales*, Cause No. 20180C06554, pending disposition of this appeal or further order of this Court.

IT IS SO ORDERED this 24th day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.